No. 12–8259. RAISER *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 12–8261. PEREZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–8262. LOVE *v.* RIVARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8268. LOYD *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–8285. CRAIG *v.* CRAIG. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 12–8295. HUEZO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–8314. CHAE CHANG *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–8322. ARMSTRONG *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 12–8343. CHANDLER *v.* DEPARTMENT OF VETERANS AFFAIRS. C. A. 8th Cir. Certiorari denied.

No. 12–8367. NETTLES *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–8376. ROGERS *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 12–8400. STEPHENS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 12–8415. CHARLES *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 12–8420. PACETTI *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 4th Cir. Certiorari denied.